

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-25-00400-CV

**IN RE** R. Wayne **JOHNSON**

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            H. Todd McCray, Justice

On June 23, 2025, relator filed a petition for writ of mandamus purporting to contest a criminal contempt order rendered in the 216th Judicial District Court. Relator failed to attach a copy of the alleged order or any other supporting exhibits. The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on July 16, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 12,810, styled *R. Wayne Johnson v. Elroy Garcia and James Allison*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable N. Keith Williams presiding.